UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff<br><br>　　　　　　v.<br><br>DAVID KUBALA,<br><br>　　　　　　　　Defendant. | NO.　　CR20-183 JCC<br><br>INFORMATION |

The United States Attorney charges that:

## COUNT 1
### (Felon in Possession of a Firearm)

On or about January 9, 2020, in the city of Seattle, within the Western District of Washington, the Defendant, DAVID KUBALA, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year, to wit:

- Burglary in the Second Degree, Superior Court of Washington for Lewis County, cause number 991006521, on or around September 28, 1999;

did knowingly possess in and affecting interstate and foreign commerce, the following firearm: a Savage Model 24 Series S combination .410 gauge shotgun and .22LR caliber rifle, all of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

Information/Kubala - 1

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**COUNT 2**
**(Smuggling)**

On or about December 29, 2019, in the city of Seattle, within the Western District of Washington, the Defendant, DAVID KUBALA, knowingly did import merchandise contrary to law that is, a firearms silencer, then knowing that said merchandise had been imported and brought into the United States contrary to law.

All in violation of Title 18, United States Code, Section 545.

DATED this 28th day of October, 2020.

*Sarah G. Vogel, for*
BRIAN T. MORAN
United States Attorney

_____ for
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney