01
02
03
04
05
06
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07
AT SEATTLE

08 | UNITED STATES OF AMERICA,

)
)   CASE NO. CR22-057 JLR
09 |      Plaintiff,      )           CR20-198 JCC
)
10 |      v.      )
)
11 | DAVID KUBALA,      )
)   DETENTION ORDER
12 |      Defendant.      )
)

13
14
<u>Offenses charged</u>:
15
  1.  Possession of Child Pornography.
16
<u>Date of Detention Hearing</u>:    April 28, 2022.
17
         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
18
based upon the factual findings and statement of reasons for detention hereafter set forth, finds
19
that no condition or combination of conditions which defendant can meet will reasonably assure
20
the appearance of defendant as required and the safety of other persons and the community.
21
22

DETENTION ORDER
PAGE -1

01        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02        1.      Defendant was alleged to be in possession of in excess of 600 images of child

03 pornography, while under federal supervision for felon in possession of a firearm and

04 smuggling.

05        2.      Defendant poses a risk of nonappearance based upon prior convictions for

06 escape and multiple prior warrants for failure to appear.  Defendant poses a risk of danger to

07 the based on the alleged conduct coupled with prior allegations of sexual contact with a minor.

08        3.      There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the

10 danger to other persons or the community.

11 It is therefore ORDERED:

12 1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

13     General for confinement in a correction facility separate, to the extent practicable, from

14     persons awaiting or serving sentences or being held in custody pending appeal;

15 2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16 3. On order of the United States or on request of an attorney for the Government, the person

17     in charge of the corrections facility in which defendant is confined shall deliver the

18     defendant to a United States Marshal for the purpose of an appearance in connection with a

19     court proceeding; and

20 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

21

22

DETENTION ORDER
PAGE -2

01    the defendant, to the United States Marshal, and to the United State Probation Services Officer.

02        DATED this 28th day of April, 2022.

03

04

05                             S. KATE VAUGHAN
                            United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3